U.S. DISTRICT Court of Middle Florida
Office of The Clerk: Hon Chief Judge
401 W. Central Blvd #1200 Orlando Florida 32801
February 6, 2023

Jose Sanchez Jimenez
A Petitioner

v.

Dept of Justice
Respondent

under 42 USC 1983
a civil rights action
own solely

a complaint by Federal or
the Law of the State For Injury

Tax payer Damage or no discrimination by Jury a writ of attachment, garnishment an owneship amount of damage is $ ~~Ten millions dollars~~ Reduce To Five millons dollars For earlier, not now. I am Injured To Redress required, For plus Ten Thousand dollars every month living cost. without Tax and citizenship papers. I want visit to Seoul Korea

a claim by Jose Sanchez Jimenez a pro se required

Reason by no deportation For illegal entry. I am a Mexican no discrimination

The Final decision
if. more Than End of november, 2022 I will plus charge Fifty millions dollars charged.
— Consolidated —
For my age's Please pay in Full within Two year For End of 2024. and a "merger"
a limitation
an estate
by cash
only one
10% now
Cash one Time
pay Tax

an amended, a relief
a Forthwith, an extend

Date: February 6, 2023

name: Jose Sanchez Jimenez
93767-198
Address: P.O. Box 711091
San Diego, CA 92171
323-907-86-49

A notice of Appeal

U.S. DISTRICT COURT For the
~~Central~~ Middle DISTRICT OF ~~California~~ Florida
February 6, 2023

Jose Sanchez Jimenez
A Petitioner

V.

DEPT OF JUSTICE
Respondent

A notice of appeal

Docket no.
2:21-CV-07564 GW-KS

a writ of certiorari
a use
an equitable ownership
an appropriated
an immediately
a within Ten days
The last day For Filing
~~double cost~~

notice: a party: Jose Sanchez Jimenez

Date:

name: Jose Sanchez Jimenez
93767-138
Address: P.O. Box 711091
San Diego, CA 92171
323-907-86-49

a covenant
a decision
a determination
a conclude
a no more
a case
an order
warranty
a deed
continuing

Continue, Primary
Facts, Parties, Condon

Date: February 6, 2023
at least Three-Fourth of, an End, plus Twenty millions dollars
a Rehearing, a Relief, a granted, an amended, an admitted, a conclude
a petition For a writ of certiorari To a Review, a case, a Judgment, a Reviewed
a good cause, a good faith, June 16, 22 again notice; a Reversal, one, only on
a Jurisdiction to supreme court, a decision, one consider, one Final if
more than End of July, 2022 than. plus charged double cost all of...
For Time To Time shall be vested, ordain, establish. Courts. congress. know it
I will conduct myself, I will support THE CONSTITUTION OF THE UNITED STA-
I believe That I am entitled To Redress,  Since: 1993-2022, D.O.B. 1940

again plus Twenty millions dollars