UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE SANCHEZ JIMENEZ,

    Plaintiff,

v.                                                     Case No. 6:23-cv-170-PGB-DAB

DEPT OF JUSTICE,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on a two-page handwritten document filed by Jose Sanchez Jimenez that purports to be a 42 U.S.C. § 1983 civil rights complaint. (Doc. 1). However, the complaint is not filed on a standard complaint form, as required by Local Rule 6.04(a), M.D. Fla. The document is, additionally, unintelligible, and the Court cannot discern the basis for a civil rights claim.

Further, Mr. Jimenez's address is in San Diego, California. Consequently, it is not clear that jurisdiction over this action lies in this Court. *See* 28 U.S.C. § 1391(b)(2) ("A civil action may be brought in-- . . . (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred[.]"). Further, Mr. Jimenez has not paid the filing fee or moved to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914, 1915(b)(1).

Therefore, this case will be dismissed to afford Mr. Jimenez the opportunity to (1) file a new complaint (using a standard civil rights complaint form), in a new case in the appropriate court to which the Clerk will assign a new case number, and (2) pay the filing fee or move to proceed *in forma pauperis*.

Accordingly, it is **ORDERED** that:

1. This case is **DISMISSED without prejudice**;

2. The Clerk must:

    a. Mail to Mr. Jimenez a standard civil rights complaint form and affidavit of indigency form; and

    b. **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on March 6, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Party